Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

**10/8/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY:     MMC     DEPUTY

Case Number   2:24-CR-00595-JWH          Defendant Number   2

U.S.A. v.   NOAH MICHAEL URBAN          Year of Birth   2004

[✓] Indictment     [ ] Information     Investigative agency (FBI, DEA, etc.)   FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   September 25, 2021-April 2023

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
(CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[✓] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 USC 1349

_____

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

[✓] No     [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of
Assignment of Cases and Duties to District Judges, criminal
cases may be related if a previously filed indictment or
information and the present case:

a. arise out of the same conspiracy, common scheme,
transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
entail substantial duplication of labor in pretrial, trial or
sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): _____

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on:   N/A

Case Number:   N/A

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide Name:   N/A

Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*   [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

N/A

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*   [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or
Information?

[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male  ☐ Female

☐ U.S. Citizen  ☐ Alien

Alias Name(s)  aka "Sosa,"  aka "Elijah,"

_____

This defendant is charged in:
   ☑ All counts
   ☐ Only counts:  _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud  ☐ public corruption

☐ government fraud  ☐ tax offenses

☐ environmental issues  ☑ mail/wire fraud

☐ narcotics offenses  ☐ immigration offenses

☐ violent crimes/firearms  ☐ corporate fraud

☐ Other  _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:
  a. Date and time of arrest on complaint:  N/A  _____

  b. Posted bond at complaint level on:  _____

   in the amount of $  _____

  c. PSA supervision?  ☐ Yes  ☐ No

  d. Is on bail or release from another district:

_____

Defendant is **in custody**:
  a. Place of incarceration:  ☐ State  ☐ Federal

  b. Name of Institution:  N/A

  c. If Federal, U.S. Marshals Service Registration Number:
   N/A

  d. ☐ Solely on this charge. Date and time of arrest:

_____

  e. On another conviction:  ☐ Yes  ☐ No

   IF YES : ☐ State  ☐ Federal  ☐ Writ of Issue

  f. Awaiting trial on other charges:  ☐ Yes  ☐ No

   IF YES : ☐ State  ☐ Federal    AND

   Name of Court:  _____

   Date transferred to federal custody:  _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  _____

_____

_____

Date  10/08/2024

_____
Signature of Assistant U.S. Attorney
LAUREN RESTREPO
Print Name