In the United States District Court

for the ____Central____ District of ____California____

FILED
CLERK, U.S. DISTRICT COURT

3/13/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

United States of America

v.

NOAH MICHAEL URBAN

} Criminal No.   2:24-CR-595-JWH-2

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ____NOAH MICHAEL URBAN____, defendant, have been informed that a ____indictment____ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead ____guilty____ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the ____Middle____ District of ____Florida____ in which I ____am charged____ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 2/24/2025, _____ at 10:00 AM

_____
(Defendant)

_____
(Witness)

Kathryn E Sheldon
(Counsel for Defendant)

Approved

_Joe McNally_  
United States Attorney for the  
____Central____ District of  
____California____

_Adam C A_  3/11/25  
United States Attorney for the  
____Middle____ District of  
____Florida____

FORM USA-153
SEP 82