# *Memorandum*
## *2:24-cr-595(A)-JWH*



**F I L E D**
CLERK, U.S. DISTRICT COURT

5/16/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY



| Subject: <br> <u>United States v. TYLER ROBERT BUCHANAN, et al.</u> | Date: <br> May 16, 2025 |
|---|---|
| To: <br> BRIAN KARTH <br> Clerk, United States District Court <br> Central District of California | From: <br> LAUREN RESTREPO <br> Assistant United States Attorney <br> National Security Division |

The above-referenced matter, being filed on May 16, 2025,

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).


_____

LAUREN RESTREPO
Assistant United States Attorney